IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ELENA NIKONOV,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV235 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **MICHAEL CHERTOFF, as Secretary of the Department of Homeland Security, et al.,** | ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the plaintiff's Notice of Voluntary Dismissal (Filing No. 13). The court finds that the case should be dismissed in accordance with Fed. R. Civ. P. 41(a)(1)(i).

**IT IS ORDERED** that the plaintiff's Notice of Voluntary Dismissal (Filing No. 13) is adopted and this case is dismissed.

DATED this 8th day of June, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge